# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BANK 7,<br>    an Oklahoma state banking association,<br><br>                    Plaintiff,<br><br>vs.<br><br>WHEELER FEED YARD, INC.<br>    a Texas corporation,<br><br>                    Defendant. | Case No. 5:14-cv-00823-F |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of this Court and all parties of record:

Please note my change of address as counsel in the above styled case for Defendant, Wheeler Feed Yard, Inc.

Respectfully submitted,

By: *s/ Briana J. Ross*
Briana J. Ross, OBA #21038
briana.ross@sprouselaw.com
2100 S. Utica Ave., Suite 175
Tulsa, Oklahoma 74114
Tel:  (918) 743-4443
Fax:  (918) 556-1119
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

 Brendon S. Atkinson – Attorney for Plaintiff


        *s/ Briana J. Ross*

        Briana J. Ross